IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMIR LAHIJI,

    Plaintiff,

  v.

WASHINGTON MUTUAL BANK, FA;
CALIFORNIA RECONVEYANCE
COMPANY; FIDELITY CAPITAL
FUNDING, INC.; JP MORGAN CHASE
BANK, NA; BANK OF AMERICA, NA;
and FEDERAL DEPOSIT INSURANCE
CORPORATION;

    Defendants.

No. C 12-05473 WHA

**ORDER TO SHOW CAUSE**

On December 5, defendant Federal Deposit Insurance Corporation filed a motion to dismiss the complaint. Pursuant to Local Rule 7-3, plaintiff's opposition to the motion was due December 19. No opposition or response has been received. Plaintiff, who is represented by counsel, must file a response by **JANUARY 7, 2013, AT NOON**. If no response is filed, defendant's motion may be granted or the action may be dismissed for failure to prosecute. The hearing date, currently scheduled for February 7, 2013, shall remain in place.

**IT IS SO ORDERED.**

Dated: January 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE