IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMIR LAHIJI,

    Plaintiff,

  v.

WASHINGTON MUTUAL BANK, FA; CALIFORNIA RECONVEYANCE COMPANY; FIDELITY CAPITAL FUNDING, INC.; JP MORGAN CHASE BANK, NA; BANK OF AMERICA, NA; and FEDERAL DEPOSIT INSURANCE CORPORATION;

    Defendants.

No. C 12-05473 WHA

**SECOND ORDER TO SHOW CAUSE**

On December 5, defendant Federal Deposit Insurance Corporation filed a motion to dismiss the complaint. Pursuant to Local Rule 7-3, plaintiff's opposition to the motion was due December 19. No opposition or response has been received. By order dated January 2, plaintiff, who is represented by counsel, was ordered to file a response by noon on January 7. That deadline has come and gone. Plaintiff is hereby ordered a second time to show cause why the motion to dismiss should not be granted. As previously warned, failure to timely respond may result in dismissal for failure to prosecute. Plaintiff's response is due by **JANUARY 14, 2013, AT NOON**. This is the final warning. The hearing date, currently scheduled for February 7, 2013, shall remain in place.

**IT IS SO ORDERED.**

Dated: January 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE