IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMIR LAHIJI,

        Plaintiff,

  v.

WASHINGTON MUTUAL BANK, FA; CALIFORNIA RECONVEYANCE COMPANY; FIDELITY CAPITAL FUNDING, INC.; JP MORGAN CHASE BANK, NA; BANK OF AMERICA, NA; and FEDERAL DEPOSIT INSURANCE CORPORATION;

        Defendants.

No. C 12-05473 WHA

**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

On December 5, defendant Federal Deposit Insurance Corporation filed a motion to dismiss the complaint. Pursuant to Local Rule 7-3, plaintiff's opposition to the motion was due December 19. No opposition or response has been received. Plaintiff, who is represented by counsel, failed to respond to two orders to show cause requiring plaintiff to respond to the motion to dismiss. Plaintiff was repeatedly warned that failure to timely respond to the Court's orders to show cause may result in dismissal for failure to prosecute. The second order to show cause further stated that it was plaintiff's final warning. The deadline for responding to the second order to show cause has come and gone, and no response has been received. The action is hereby **DISMISSED FOR FAILURE TO PROSECUTE**. Judgment will be entered by separate order.

**IT IS SO ORDERED.**

Dated: January 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE