**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMIR LAHIJI, | No. C 12-05473 WHA |
| Plaintiff, | |
| v. | **NOTICE RE DOCKET NUMBER 18** |
| WASHINGTON MUTUAL BANK, FA; CALIFORNIA RECONVEYANCE COMPANY; FIDELITY CAPITAL FUNDING, INC.; JP MORGAN CHASE BANK, NA; BANK OF AMERICA, NA; and FEDERAL DEPOSIT INSURANCE CORPORATION; | |
| Defendants. / | |

      Plaintiff Amir Lahiji failed to respond to defendant Federal Deposit Insurance Corporation's motion to dismiss the complaint, despite two orders to show cause requiring him to do so. Plaintiff was repeatedly warned that failure to timely respond to the orders to show cause could result in dismissal for failure to prosecute. Due to plaintiff's complete lack of response to the motion to dismiss and this Court's orders, the action was dismissed for failure to prosecute. Accordingly, an order dismissing the action was filed on January 14, 2013. Judgment was entered against plaintiff by separate order filed the same day.

On February 1, over two weeks after the dismissal order and judgment were filed, plaintiff filed a request seeking that this action be dismissed without prejudice. The request is untimely, as judgment has been entered and the Clerk has closed the file.

**IT IS SO ORDERED.**

Dated: February 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2